UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SANDRA SANCHEZ,
                                 Plaintiff,

                  -against-

COMMISSIONER OF SOCIAL SECURITY,
                                Defendant.
------------------------------------------------------------X

21 Civ. 7971 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the December 3, 2021, Order at Dkt. No. 9 directed the parties to file either a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form or a joint letter within two weeks;

WHEREAS, the parties did not file either the form or a joint letter. It is hereby

**ORDERED** that by **December 28, 2021**, the parties shall file the form or joint letter in accordance with the instructions provided in the December 3, 2021, Order. The parties are advised that failure to comply with Court-ordered deadlines may result in sanctions.

Dated: December 21, 2021
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE